Richard D. McCune, SB # 132124
rdm@mwtriallawyers.com
Jae (Eddie) K. Kim, SB # 236805
jkk@mwtriallawyers.com
McCUNEWRIGHT, LLP
2068 Orange Tree Lane, Suite 216
Redlands, CA  92374
Telephone:  (909) 557-1250
Facsimile:   (909) 557-1275

JS-6

Attorneys for Plaintiff Darlene Reffel

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DARLENE REFFEL, as an individual, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITIBANK; CITIGROUP, INC.; CITICORP INSURANCE SERVICES, INC.; ASSURANT, INC.; AMERICAN SECURITY GROUP, INC., et al.<br><br>    Defendants. | Case No.:  EDCV09-260-VAP (SSx)<br><br>Hon. Virginia A. Phillips<br><br>ORDER FOR STIPULATION OF DISMISSAL |

Pursuant to the above Stipulation between Plaintiff Darlene Reffel ("Plaintiff") and Defendants Citibank; Citigroup, Inc.; Citicorp Insurance Services, Inc.; Assurant, Inc.; and American Security Group, Inc. (collectively referred hereafter as "Defendants"), the Court hereby orders:

1.     That this action shall be, and hereby is, dismissed WITH PREJUDICE as to individual named plaintiff, Darlene Reffel, and WITHOUT PREJUDICE as to absent members of the putative class; and

1     2.     That no notice of the dismissal of this action shall be provided to absent
2  members of the putative class.

4  DATED: July 01, 2009                    _____
5                                           Hon. Virginia A. Phillips
6                                           UNITED STATES DISTRICT JUDGE

- 2 -

[PROPOSED] ORDER FOR STIPULATION OF DISMISSAL
Case No.:  EDCV09-260-VAP (SSx)